UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Candid Ventures LLC,

Plaintiff(s),

v.

Dew Ventures, Inc., et al.,

Defendant(s).

Case No. 4:24-cv-07800-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Joe Womick, an active member in good standing of the bar of the State of Ohio, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Candid Ventures LLC in the above-entitled action. My local co-counsel in this case is Brendan John Dooley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 162880.

| 10290 Alliance Road, Blue Ash, OH 45242 | 800 S. Broadway, Ste. 200, Walnut Creek, CA 94596 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 513-577-7473 | 925-943-6570 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| joe.womick@voraventures.com | bdooley@hornerlawgroup.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0097743.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/25/2024

Joe Womick
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joe Womick is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/25/2024

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

 THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

  I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Joseph Blake Womick**
Attorney Registration No. **0097743**

was admitted to the practice of law in Ohio on November 13, 2018; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 18th day of November, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

*Penny Marchal*
Penny Marchal, *Attorney Services Coordinator*
*Office of Attorney Services*

No. 2024-11-18-1
Verify by email at GoodStandingRequests@sc.ohio.gov