Clifford R. Horner, Esq., State Bar No. 154353
Brendan J. Dooley, Esq., State Bar No. 162880
**HORNER LAW GROUP, PC**
800 S. Broadway., Suite 200
Walnut Creek, California 94596
Telephone:     (925) 943-6570
Facsimile:      (925) 943-6888
chorner@hornerlawgroup.com
bdooley@hornerlawgroup.com

and

Joseph B. Womick (0097743)
Candid Ventures LLC
10290 Alliance Road
Blue Ash, OH 45242
Joe.Womick@VoraVentures.com
T: (513) 577-7473

*Attorneys for Plaintiff CANDID VENTURES, LLC, an Ohio limited Liability company [f/k/a AnuPriya, LLC]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDID VENTURES LLC, an Ohio limited liability company [f/k/a ANUPRIYA, LLC], <br><br> Plaintiff, <br> v. <br><br> NESTLINGS, INC., a California corporation; RAJASHEKAR BASAVARAJU, an individual; SOWMYA SATISH, an individual; DEW VENTURES, INC., a California corporation; SURESH DEOPURA; FEATHERSUP/INDIA PVT. LTD; an entity of unknown form; and DOES 1 – 100, inclusive. <br><br> Defendants. | Case No. 24-cv-07800-HSG <br><br> **ORDER GRANTING JOINT STIPULATION** |

The parties' Joint Stipulation (Doc. 33) is hereby GRANTED, and the Court orders as follows:

1) Plaintiff's Motion for Preliminary Injunction shall be due by **December 17, 2024;**

2) Defendants' Opposition to Plaintiff's Motion shall be due by **December 31, 2024**;

3) Plaintiff's Reply in Support shall be due by **January 7, 2025**;

4) The Court will hear Plaintiff's Motion for Preliminary Injunction on January 23, 2025 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 12/5/2024

_____
HAYWOOD S. GILLIAM, JR.
Unites States District Judge