Clifford R. Horner, Esq., State Bar No. 154353
Brendan J. Dooley, Esq., State Bar No. 162880
**HORNER LAW GROUP, PC**
800 S. Broadway., Suite 200
Walnut Creek, California 94596
Telephone:     (925) 943-6570
Facsimile:     (925) 943-6888
chorner@hornerlawgroup.com
bdooley@hornerlawgroup.com

and

Joseph B. Womick (0097743)
Candid Ventures LLC
10290 Alliance Road
Blue Ash, OH 45242
Joe.Womick@VoraVentures.com
T: (513) 577-7473

*Attorneys for Plaintiff CANDID VENTURES, LLC, an Ohio limited Liability company [f/k/a AnuPriya, LLC]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDID VENTURES LLC, an Ohio limited liability company [f/k/a ANUPRIYA, LLC], <br><br> Plaintiff, <br> v. <br><br> NESTLINGS, INC., a California corporation; RAJASHEKAR BASAVARAJU, an individual; SOWMYA SATISH, an individual; DEW VENTURES, INC., a California corporation; SURESH DEOPURA; FEATHERSUP/INDIA PVT. LTD; an entity of unknown form; and DOES 1 – 100, inclusive. <br><br> Defendants. | Case No. 24-cv-07800-HSG <br><br> **ORDER GRANTING JOINT STIPULATION** |

The parties' Joint Stipulation is hereby GRANTED, and the Court orders as follows:

1) All proceedings in this matter, including motion briefing, shall be stayed through and inclusive of December 22, 2024**;**

2) The Court's previous order setting a briefing and hearing schedule on Plaintiff's Motion for Preliminary Injunction (Doc. 34) is hereby VACATED and the Court hereby extends

those deadlines as follows:

    a.    Plaintiff's Motion for Preliminary Injunction shall be due by **December 31, 2024;**

    b.    Defendants' Opposition to Plaintiff's Motion shall be due by **January 14, 2025;**

    c.    Plaintiff's Reply in Support shall be due by **January 21, 2025;**

    d.    Motion hearing set for **January 30, 2025**, at **2:00 p.m.** in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam Jr.

    3)    The Court's order granting in part and denying in part Plaintiff's Motion for Temporary Restraining Order (Doc. 31) shall remain in full force and effect until the earlier of: 1) resolution and dismissal of this action; or 2) the Court's order on Plaintiff's forthcoming Motion for Preliminary Injunction;

**IT IS SO ORDERED.**

Dated: 12/10/2024

_____
HAYWOOD S. GILLIAM, JR.
Unites States District Judge