UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANDID VENTURES LLC,

Plaintiff,

v.

DEW VENTURES, INC., et al.,

Defendant.

Case No. 4:24-cv-07800-HSG

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) CANDID VENTURES LLC, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Peter B. Maretz and W. Baker Gerwig of Stokes Wagner, ALC

Name(s) of counsel withdrawing from representation and firm name:

Clifford R. Horner and Brendan John Dooley of Horner Law Group, PC

Date: 12/30/2024

~~[PROPOSED]~~ ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: 1/23/2025

*/s/ Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE