Ethan J. Brown (SBN 218814)
 ethan@bnsklaw.com
Sara C. Colón (SBN 281514)
 sara@bnsklaw.com
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Defendants Dew Ventures Inc.,
Suresh Deopura and Specially Appearing Defendant,
Feathers Up India Pvt. Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDID VENTURES LLC, an Ohio limited liability company [f/k/a ANUPRIYA, LLC], <br><br> Plaintiffs, <br><br> v. <br><br> DEW VENTURES, INC., a California corporation; SURESH DEOPURA; an individual; FEATHERSUP INDIA PVT. LTD; an entity of unknown form; and DOES 1 – 100, inclusive, <br><br> Defendants. | Case No. 4:24-cv-07800-HSG <br><br> **JOINT STIPULATION** |

---

JOINT STIPULATION TO EXTEND TRO AND APPEAR VIRTUALLY AT THE JANUARY 30, 2025, HEARING ON MOTION FOR PRELIMINARY INJUNCTION

1  The Parties, by and through their undersigned counsel, hereby jointly stipulate to allow counsel
2  for all parties to appear telephonically or by other virtual means at the hearing currently scheduled for
3  January 30, 2025;
4  The Parties also stipulate to extend the Temporary Restraining Order entered by this Court in this
5  matter to December 31, 2025.
6  **IT IS SO STIPULATED.**

DATE: January 22, 2025                    **COUNSEL FOR PLAINTIFF:**

By: /s/Joseph B. Womick (per email authority)
    Joseph B. Womick (0097743)
    Candid Ventures LLC
    10290 Alliance Road
    Blue Ash, OH 45242
    Joe.Womick@VoraVentures.com
    T: (513) 577-7473

    *Attorneys for Plaintiff CANDID VENTURES, LLC, an Ohio limited Liability company [f/k/a AnuPriya, LLC*

DATE: January 22, 2025                    **COUNSEL FOR DEFENDANTS:**

By: _____
    Ethan J. Brown (SBN 218814)
    ethan@bnsklaw.com
    Sara C. Colón (SBN 281514)
    sara@bnsklaw.com
    **BROWN, NERI, SMITH & KHAN LLP**
    11601 Wilshire Boulevard, Suite 2080
    Los Angeles, California 90025
    Telephone: (310) 593-9890
    Facsimile: (310) 593-9980

    *Attorneys Defendants Dew Ventures Inc., Suresh Deopura and Specially Appearing Defendant, Feathers Up India Pvt. Ltd.*

Ethan J. Brown (SBN 218814)
 ethan@bnsklaw.com
Sara C. Colón (SBN 281514)
 sara@bnsklaw.com
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Defendants Dew Ventures Inc.,
Suresh Deopura and Specially Appearing Defendant,
Feathers Up India Pvt. Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDID VENTURES LLC, an Ohio limited liability company [f/k/a ANUPRIYA, LLC],<br><br>        Plaintiffs,<br><br>    v.<br><br>DEW VENTURES, INC., a California corporation; SURESH DEOPURA; an individual; FEATHERSUP INDIA PVT. LTD; an entity of unknown form; and DOES 1 – 100, inclusive,<br><br>        Defendants. | Case No.  4:24-cv-07800-HSG<br><br>**ORDER (as modified)** |

**ORDER**

After full consideration of Specially Appearing Defendant Feathers Up India PVT LTD, Defendant Dew Ventures, Inc. and Defendant Suresh Deopura's Motion to Allow Virtual Appearance at January 30, 2025, hearing on Motion for Preliminary Injunction, and the Joint Stipulation regarding the same, the Court finds that good cause exists and hereby orders that:

1. The hearing previously scheduled for January 30, 2025 is vacated.
2. The TRO already in effect in this matter is hereby extended to December 31, 2025.

**IT IS SO ORDERED.**

DATE: 1/29/2025

_____
DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.