UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDID VENTURES, LLC, | Case No. 24-cv-07800-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| DEW VENTURES, INC., et al., | |
| Defendants. | |

A case management conference was held on February 11, 2025. Having considered the parties' proposals, *see* Dkt. No. 55, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | February 21, 2025 |
| Exchange Opening Expert Reports | April 4, 2025 |
| Close of Expert and Fact Discovery | August 25, 2025 |
| Dispositive Motion Hearing Deadline | October 9, 2025, at 2:00 p.m. |
| Pretrial Conference | January 20, 2026, at 3:00 p.m. |
| Bench Trial (4 days) | February 9, 2026, at 8:30 a.m. |

//
//
//
//
//
//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause. The parties are directed to review and comply with this Court's standing orders.
3    **IT IS SO ORDERED.**
4    Dated: 2/11/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge