William Baker Gerwig, IV
Stokes Wagner, ALC
One Harbor Drive, Suite 1-211
Sausalito, CA 94965
415-434-5693
Email: bgerwig@stokeswagner.com

and

Peter B. Maretz
Stokes Wagner. ALC
401 W. A Street, Suite 2235
San Diego, CA 92101
619-237-0909
Email: pmaretz@stokeswagner.com

and

Joseph B. Womick (0097743)
Candid Ventures LLC
10290 Alliance Road
Blue Ash, OH 45242
Joe.Womick@VoraVentures.com
T: (513) 577-7473

*Attorneys for Plaintiff CANDID VENTURES, LLC, an Ohio limited Liability company [f/k/a AnuPriya, LLC]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANDID VENTURES LLC, an Ohio limited liability company [f/k/a ANUPRIYA, LLC],<br><br>Plaintiffs,<br><br>v.<br><br>DEW VENTURES, INC., a California corporation; SURESH DEOPURA; an individual; FEATHERSUP INDIA PVT. LTD; an entity of unknown form; and DOES 1 – 100, inclusive,<br><br>Defendants. | Case No. 4:24-cv-07800-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO ADR PROCESS** |

The parties' Joint Stipulation is hereby GRANTED, and the Court orders as follows:

1) By June 18, 2025, the parties shall conduct a private mediation;

2) By June 25, 2025, the parties shall prepare a joint status report to the Court advising on the status of the case.

**IT IS SO ORDERED.**

Dated: 2/18/2025

_____
HAYWOOD S. GILLIAM, JR.
Unites States District Judge