# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDID VENTURES LLC, an Ohio limited liability company [f/k/a ANUPRIYA, LLC],<br><br>Plaintiff,<br><br>v.<br><br>DEW VENTURES, INC., a California corporation; SURESH DEOPURA; FEATHERSUP/INDIA PVT. LTD; an entity of unknown form; and DOES 1 – 100, inclusive.<br><br>Defendants. | Case No. 4:24-cv-07800-HSG<br><br>Judge Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF COUNTS X, XII, XIII, XIV, XVI, AND XVII OF PLAINTIFF"S COMPLAINT** |

Pursuant to the parties' stipulated dismissal, the Court hereby dismisses Counts Ten, Twelve, Thirteen, Fourteen, Sixteen, and Seventeen of Plaintiff's Complaint, without prejudice to refile. All other claims in Plaintiff's Complaint and Defendants' First Amended Counterclaim remain pending.

**IT IS SO ORDERED.**

Dated: 5/8/2025

　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　Unites States District Judge