UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Candid Ventures LLC, <br><br> Plaintiff, <br><br> v. <br><br> Dew Ventures, Inc. et al., <br><br> Defendant. | Case No. 4:24-cv-07800-HSG <br><br> **MOTION TO SUBSTITUTE LAW FIRM; ORDER** |

On behalf of (party name) Dew Ventures, Inc. et al., the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Wayne Joseph Quint III, The Quint Firm

Name(s) of counsel withdrawing from representation and firm name:

Ethan Brown, BNSK LLP

Date: July 22, 2026

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: 7/23/2025

_Haywood S. Gill Jr._
UNITED STATES DISTRICT JUDGE