UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDID VENTURES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEW VENTURES, INC., et al.,<br><br>　　　　Defendants. | Case No.  24-cv-07800-HSG   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 94 |

In ECF No. 94, Plaintiff Candid Ventures LLC filed a motion to compel against Defendants. In the motion, Plaintiff identified each discovery request it is moving on as to each Defendant and explained the basis for its motion. In response, Defendants filed nothing at all. The Court treats the failure to oppose this motion to compel as a waiver of all arguments. Accordingly, the Court **VACATES** the October 2, 2025 hearing, **GRANTS** Plaintiff's unopposed motion, and **ORDERS** Defendants to provide the requested documents and information within 30 days.

**IT IS SO ORDERED.**

Dated: October 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge